



## MEMORANDUM OPINION

No. 04-11-00797-CV

**IN THE INTEREST OF K.H.G., E.E.G., K.R.G., E.P.G., D.I.G., AND E.M.G.**, Minor
Children

From the 198th Judicial District Court, Mason County, Texas
Trial Court No. 95212
The Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  February 29, 2012

DISMISSED

Susie Denise Guerrero, appellant, filed a motion to dismiss this appeal. We grant the

motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the

parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX.

R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM